UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK   25-B-0333

Michael Hackett
Plaintiff(s)

vs.

Elmira Correctional facility superintendent
Elmira correctional officers
Elmira correctional facility's Religious coordinator
Elmira correctional facility's Medical facility
Defendant(s)

INMATE
CIVIL RIGHTS
COMPLAINT PURSUANT
PURSUANT TO
42 U.S.C. § 1983

Case No. 9:__CV__
25CV718 JLS

Plaintiff(s) demand(s) a trial by: [X] JURY  [ ] COURT  (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2. Plaintiff: Michael Hackett 25-B-0333
   Address: MOHAWK Correctional Facility
   6514 Rt. 26 P.O. Box 8451
   Rome N.Y. 13442 74-C-36

Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: Superintendent of EMCF
   Official Position: Superintedent
   Address: Elmira C F
   1879 Davis St PO Box 500
   elmira 14901

b. Defendant: Correctional Officers

Official Position: All correctional officers

Address: Elmira Correctional facility 1879 Davis St P.O Box 500, elmira 14901-0500

D) Religous cordinator, Pastor coordinator, Staff elmira CF 1879 Davis St P.O Box 500, elmira, 14961

Defendant: Medical facility of mohawk cf

Official Position: MD/RN/LPN and staff

Address: Elmira Correctional facility 1879 Davis St P.O Box 500, elmira 14901-0500

Additional Defendants may be added on a separate sheet of paper.

4. PLACE OF PRESENT CONFINEMENT

a. Is there a prisoner grievance procedure at this facility?

☒ Yes   ☐ No

b. If your answer to 4a is YES, did you present the facts relating to your complaint in this grievance program?

☒ Yes   ☐ No

If your answer to 4b is YES,

(i) What steps did you take? Filed a grievance (3x)

(ii) What was the final result of your grievance? They have not responded

If your answer to 4b is NO - why did you choose to not present the facts relating to your complaint in the prison's grievance program? _____

_____

_____

c. If there is no grievance procedure in your institution, did you complain to prison authorities about the facts alleged in your complaint?

☐ Yes        ☐ No

If your answer to 4c is YES,

(i) What steps did you take? _____

~~_____~~

~~_____~~

(ii) What was the final result regarding your complaint? _____

_____

If your answer to 4c is NO - why did you choose to not complain about the facts relating to your complaint in such prison? _____

_____

5. PREVIOUS LAWSUITS

a. Have you filed other lawsuits in state or federal court relating to your imprisonment?

☐ Yes        ☒ No

b. If your answer to 5a is YES you must describe any and all lawsuits, currently pending or closed, in the space provided below.

For EACH lawsuit, provide the following information:

i. Parties to previous lawsuit:

Plaintiff(s): N/A

Defendant(s): _____

ii. Court (if federal court, name District; if state court. name County):

_____

iii. Docket number: _____

iv. Name of Judge to whom case was assigned: _____

v. Disposition (dismissed? on appeal? currently pending?): _____

vi. Approximate date of filing prior lawsuit: _____

vii. Approximate date of disposition: _____

6. **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint. (You may use additional sheets as necessary).

United States constitutional Amenments
1st freedom of religon
8th cruel & unusual punishment
All correctional officers abandoned their post leaving me unprotected and my needs also being neglected 02-05/2025. The superintendent did nothing to help, and also never answered my grievance.
Religous Services/coodnator shutdown all practices.
The health facility left their post leaving me with mental Anguish, High blood pressure, loss of weight, malnorishment, Distres
- No mail or visits

7.    CAUSES OF ACTION

Note: You must clearly state each cause of action you assert in this lawsuit.

### FIRST CAUSE OF ACTION

Superintendent, Medical Staff, correctional officers, Religon Cordnator- failed to adopt to I/T needs abandoned myself and I/T causing multiple inconsistencys

### SECOND CAUSE OF ACTION

- No mail/legal mail was not let out of prison or in.
- No Attorneys were allowed to speak to me or see me
- All family visits were denied

### THIRD CAUSE OF ACTION

- All packages and conversary was denied
- All equal rights were violated
- All recreation and programs whore canceled and more

8. **PRAYER FOR RELIEF**

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

I am asking prayer for relife to be in Monetary relief of 40K for the cruel punishment I have faced and to ensure that another shall face mental, physical, emotional and Security stress

I declare under penalty of perjury that the foregoing is true and correct.

DATED: July 29, 2025

Michael Hakett 25-B-0333
Mihl Hakett 25-B-0333
Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010